In The United States District Court fort the For the Northern District of Illinois Eastern Division

NO.08C5032

DEXTER SAFFOLD ) JUDGE DOWJR.
Plaintiff v. ) Magistrate Judge Schenkier
)
)
VILLAGE of Schaumburg )
Defendants, et al )

FILED
NOV 16 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOW COME THE RESPONES TO CITY OF CHICAGO SUMMARYJUDGMENT

1.THE CHICAGO POLICE enter my apartment they did not have a arrest" warrant or a search warrant
(2.3b)
2.(9TH Cir.1974 people v.O'Hearn,931p.2d1168 (colo1997)

3.The Seventh Circuit has recently articulated the familiar probable cause standard by stating that: (a) policer has probable to arrest when, at the moment the decision is made,the facts and circumstances within her knowledge and of which she has reasonably trustworthy information would warrant a prudent person in believing that the suspect had committed or was committing an offense. This flexible, commonsense approach does not require that the offier's belief be correct or even more likely true than false, as long as it is reasonable. **Jones v.Webb,45f.3d 178,182(7th Cir. 1985).** The Court Clarified **Whiteley in United State v.Hensley,469 u.s.221 1984) where a warrantless terry stop was maed byone** police department at the request of another police department.

4.Also Martinez and Fateen is ask that a judgment be enter against me. They I live off social security you can not off set.

*Dexter Safely*