In The United Sates
District Court Northern District of Illinois Eastern Division

DEXTER SAFFOLD ) no.08c5032
)
Plaintiff v. ) JUDGE DOW JR.
)
Village of Schaumburg ) Magistrate Judge Schenkier

Defendants

FILED
NOV 16 2009
MICHAEL W. DOBBINS
CLERK, U.S. DIST...

## NOW COME THE RESPONES TO VERIZON WIRELSS

**1.** Verizon send send me tow tow letters

2.Join Participation Flagg Bros,436 u.s.at164jackson 419 u.s.at 354.

3.Also on Nov,01 2006 I was in hops: you can not have a cell on.

## CERTIFICATE OF SERVICE by U.S. Mail

**DEXTER SAFFOLD**
James G Richmond

77w wacker dr.
pobox802422

Chicago,il 60601

Chicago,Il 60680

*Dexter Saffold*

Geri Lynn Yanow

N. Lasalle st  Chicago,Il 60602


Michael D. Bersani 333 Pierce rd su195

Itasca ,Il 60143

30