United State District court  Northern District of Illinois
Eastern Division                            )
                                            )08cv5032
                                            )Judge Robert jr.Dow

Dexter   Saffold                            )
Plaintiff v                                 )
Village of Schaumburg et, al     )
Defendants

FILED

FEB 1 9 2010  NF
feb 19 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOW COMES PLAINTIFF'S BRIEFS

1.I Dexter  Saffold wants to keep all of the Defendants in my case Diane Wilson, Peter Austin, and Lowell Mcadam.  I do not want to settlement for a letter.

2.Diane lied on me and told the police I made threat, Verizon sent me a letter saying I did not open any account, under fraud.

3.I would like at this time  for a judgment to be entered for money damage, not a letter.  I am asking  the court to deny all motions for summary judgment by Verizon, and I am requesting an hearing before the court.

4. As for city of Chicago, it does not want to settle this case.  It did not have a warrant come into my home.  It was not an emergency; Office Kurt Metzger lied to the Chicago Police Department.

**verizon**wireless 

1515 Woodfield Road
Attn: ID Fraud Department
Schaumburg, IL 60173

June 30, 2008

Dexter Saffold
P.O. Box 802422
Chicago, IL 60680

Re: Account Number(s)  00390785018698 00001
    Case Number       681925

Dear Mr Saffold,

Verizon Wireless has completed its investigation into your dispute of responsibility for the account and/or cellular number(s) referenced above. After a review of the information currently in our possession, Verizon Wireless has determined that you are *not* responsible for the account and/or cellular number(s) referenced above.

Please be assured that we are in the process of submitting a request to each of the three major credit bureaus to correct any and all reporting of the account(s) in question. We have been advised that the credit-reporting agencies can take up to 90 days to process changes within their systems. In the interim, this letter shall serve as proof to any potential creditors that corrections to your credit report are pending.

If a long distance carrier contacts you regarding charges incurred due to this incident, show this written confirmation to the long distance carrier, as proof that you are not responsible for those charges.

To protect yourself from future identity fraud, you may also want to contact the national credit bureaus directly to add a fraud alert to your credit report, which will alert potential creditors of this situation. For your reference, contact numbers for the three major credit bureaus are listed below.

- Equifax; Consumer Fraud Division; P.O. Box 740256; Atlanta, GA 30374
  Phone: 1.800.525.6285

- Experian; National Consumer Assistance; P.O. Box 2002; Allen, TX 75013
  Phone: 1.888.397.3742

- TransUnion; Fraud Victim Assistance Department; P.O. Box 6790; Fullerton, CA 92834
  Phone: 1.800.680.7289

Verizon Wireless appreciates your patience and assistance in resolving this matter. Regrettably, identity theft is a serious crime that costs individuals and companies millions of dollars every year. We want to assure you that we will continue to cooperate with law enforcement to stop the potential for such crimes that cost all of us so much.

Please feel free to contact the Verizon Wireless ID Fraud Department at 1-866-428-3975 if we can be of further assistance.

Sincerely,

ID Fraud Department
Verizon Wireless

**DEXTER SAFFOLD**
**POBOX802422**
**CHICAGO,IL 60680**

**Michael D.Bersani**
**333 w.pierce rd. suite195**
**Itasca,Il60143**

**Geri Lynn Yanow**
**30 north Lasalle st. suite1400**
**Chicago,Il60602**

**James G.Richmond**
**77west wacker dr suite3100**
**Chicago,Il60601**

*Dexter Saffold*